FILED 18 JAN '22 15:55 USDC-ORE

# UNITED STATES DISTICT COURT DISTRICT 6 OF EUGENE OREGON

6:22-cv-00089-MK

CLASS ACTION COMPLAINT: WHISTLEBLOWING CASE ALLEGING THAT DEFENDANTS OWES SOME OF THE PLAINTIFFS A SUM OF MONEY

PATRICK LOUIS HENDERSON ET. ALL
3130 KINSROW APT 305
EUGENE OREGON 97401

FIRST PLAINTIFF

CHRISTINE                     HENDERSON
3130      KINSROW      APT      305
EUGENE OREGON 97401

SECOND PLAINTIFF


ANGELA M PEYTON
1640 NEWMARK APT 6
COOS BAY OREGON 97420

THIRD PALINTIFF

JASON        A        HENDERSON
3120      KINSROW      APT      305
EUGENE OREGON 97401

FOURTH PLAINTIFF


V.


OREGON DEVELOPMENTAL DISABILITY SERVUCES
SUMMER STREET NE E02

SALEM OREGON 97301-1073

PUBLIC                     PARTNERSHIP

I

## THE PARIES IN THIS COMPLAINT

### PLAINTIFFS

1

PATRICK L. HENDERSON, ET. ALL,  EMPLOYER OF RECORD, 3130 KINSROW APARTMENT 305 EUGENE OREGON 97401 CONTACT THROUGH CHRISTINE HENDERSON SECOND PLAINTIFF

2

CHRISTINE D. HENDERSON, GAURDAIN/PAYEE. CRISIS RELIEF PERSONAL SUPPORT WORKER FOR PATRICK, 3130 KINSROW APARTMENT 305, EUGENE OREGON 97401.

3

ANGELA M. PEYTON, ISP REPRESENTATIVE, 1640 NEWMARK APT 6, COOS BAY OREGON 97420

4

JASON A. HENDERSON, PERSONAL SUPPORT WORRKER FOR PATRICK, 3130 KINSROW APT 305 EUGENE OREGON 97401,  CONTACT THROUGH CHRISTINE HENDERSON SECOOND PLAITIFF

V.

### DEFENDANTS

1

OREGON    DEVELOPMENTAL    DISABILITY    SEREVICES    SUMMER    STREET    NE    E02 SALEM OREGON 97301-1073.  A GOVERNMENT AGENCY A CORPORTION DOING BUSINESS IN OREGON.

2

PUBLIC  PARTNERSHIP  ACCOUNTING  AGENT  FOR  DEVELPMENTAL  DISABILITIES  SERVICES.  A GOVERNMENT AGENCY THIS ORGANIZATION HAS MULTIPLE ADDRESSES I WILL USE 40BOARD STREET, FOURTH FLOOR, BOSTON MASSACHUSETTES 02209. A CORPORATION DOING BUSINESS IN OREGON.

FROM THIS PINT ON THE DEFENDANTS WILL BE ADDRESSED AS OHDS ET. ALL.

PAGE 2

II

BASIS FOR JURISDICTION

WHISTLE BLOWING ON MEDICAID AND MEDICARE FRAUD, EMBEZZLEMENT OF FUNDS, ILLEGAL TAXATION, FORCED LABOR AND LABOR TRAFFICKING, BREACH OF CONTRACT, RETALIATION, ILLEGAL RECOUPMENT, ILLEGAL GARNISHMENT, HARRASSMENT, BULLYING,

THE AMOUNT OF IN CONTROVERSY

THE AMOUNT THE PLAINTIFFS CLAIM THAT THE DEFENDANTS OWE IS MORE TAN 75,000.00 NOT COUNTING INTEREST AND COST OF COURT.

III

STATEMENT OF CLAIMS

A

PPL IS NOT APPLYING DIFFICULTY OF CARE EXEMPTION TO CHRISTINE'S DOC PAYMENTS. PPL IS TAKING OUT STATE AND FEDERAL TAXES AND TURNING THE INCOME IN AS "EARNED INCOME RATHER THAN NONCOUNTABLE INCOME. THIS ACTION IS CAUSING PROBLEMS WITH FOODSTAMPS, HOUSING, AND COLLECTION OF DISBILITY BENEFITS FROM THE SOCIAL SECURITY DEPARTMETN AS WELL AS TAX ISSUES WITH THE IRS.

B

ODHS AND PPL HAVE DENIED PAYING CHRISTINE OVER 100,000.00 DOLLARS IN WAGES OVER THE PAST 5 YEARS. THIS AMOUNT IS EASILY CONTRUED AS EMBEZZLEMENT OF MEDICAID AND MEDICARE MONEY. AS A RESULT OF NOT PAYING THE HOURS CLAIMED OHA AND PPL ARE DOING FORCED LABOR AND LABOR TRAFFICKING. PATRICK HENDERSON CAN NOT BE LEFT ALONE AT ANY GIVEN TIME HE IS TO HAVE STAFFING 24/7.

C

ODHS ET ALL CONTINUES TO ILLEGALLY TAX PEOPLE FOR UNIOJN DUES WHEN WORKERS ARE NOT UNION MEMBERS AND HAVE OPTED OUT.

D

ODHS ET ALL ILLEGALLY RECOUPS FUNDS FROM WORKERS PAY CHECKS AND DOES NOT PROVIDE A VALID REASON WHY THEY ARE TAXING EXTRA MONEY.

E

ODHS ET ALL IS ILLEGALLY TAXING WORKERS TO PAY FOR AN EMPLOYEE FUND THAT DOES NOT EXIST.

## F

ODHS ET ALL DOES NOT PROVIDE VACATION TIME/SICK LEAVE HOURS TO ACCUMULATE FOR HOME HEALTH CARE WORKERS

## G

ODHS ET ALL. BROKE THE BARGINING AGREEMENT WITH THE UNION AND NON UNION HOME HEALTH CARE WORKERS AS THEY TAXED THE PANDEMIC HAZARD PAY WHEN THEY SIAD THEY WOULD TAKE OUT TAXES.

## H

ODHS ET ALL ALLOWED ILLEGAL GARNISHMENT TO TAKE PLACE OUT OF DOC PAYMENTS WHICH ARE NON COUNTABLE AND TAX EXEMPT PAYMENTS. THE WRIT OF GARNISHMENT WASNOT SERVED BEFORE COLLECTION TO ALLOW DISPUTE OF THE DEBT THAT WAS OVER 12 YEARS OLD.

A SECOND WRIT HAS BEEN SERVED AND IS IN THE PROCESS OF BEING COLLECTED AND IS FOR AN ILLEGAL OVERPAYMENT OF SOODSTAMPS AND IS A HARASSMENT, RETALIATION MOVE ON DHS ET. ALL PART FOR FILING THIS CASE AGAINST PPL.

## I

ODHS ET ALL HAS CAUSED PLAINTIFFS CREDIT PROBLEMS, RENTAL HISTORY PROBLEMS, UNDO STRESS, BY WITHHOLDING OWED WAGES FROM DIRECT CARE WORKERS. THE WITHHOLDING AND DENYING HOURS CLAIMED HAS CAUSED WORKERS TO GET EVICTION NOTICES, UTILITY SHUT OFF NOTICES, LAPSES IN CAR AMND MEDICAL INSURANCES, CAUSED UNDO HARM TO WELL BEING OF HOUSEHOLD THAT NEEDED TO BUY INCIDENTALS SUCH AS FOOD, HOUSEHOLD CLEANING SUPPLIES, TRANSPORTATION TO AND FROM WORK AND NECESSARY COMMUNITY CONTACTS.

## J

ODHS ET. ALL CONTINUES TO ALLOW CASE MANAGERS TO NOT PERFORM THEIR DUITES AND STILL COLLECT A SALARY WAGE AND WHEN IMPORTANT DEADLINES ARE MISSED IT IS THE WORKERS THAT END UP NOT GETTING PAID AND THE CLIENT BEING ABUSED AND NEGLECTED AS DHS EXPECTS PEOPLE TO WORK FOR FREE WHILE CASEMANAGERS TAKE MONTHS TO PERFORM THEIR DUTIES IF THEY EVEN DO THEM AT ALL.

## K

ODHS ET. ALL DID NOT RAISE THE PAY BASED ON THE CERTIFICATIONS OF THE WORKERS AND THE LEVEL OF CARE.

## L

ODHS ET ALL HAS COMMITED MEDICAID AND MEDICARE FRAUD BY ACCEPTING MEDICAID AND MEDICARE DOLLARS FOR PROGRAMS THAT THEY DO PROVIDE TO THE CLEINTS OR THEIR DIRECT CARE STAFF.

M

ODHS ET. ALL ILLEGAL LOWERED ALL LEVEL OF CARE ON ALL CLIENTS EMBEZZLING MEDICAID AND MEDICARE BILLIONS MONEY AND WHICH ALSO LOCKS OUT DIRECT CARE WORKERS FROM GETTING APPROPRIATE EMPLOYMENT TRAINING WHICH CAUSES INJURY TO CLIENTSS AND WORKERS AS WELL AS CAN CAUSE DEATH OF THE CLIENT.

N

ODHS   ET. ALL IS MAKING DIRECT CARE GIVERS WORK OUT OF THEIR SCOPE OF PRACTICE AND WITHOUT PROPER MEDICAL EQUIPMENT.

O

ODHS ET. ALL HAS NOT PROVIDED PROPER PERSONAL PROTECTIVE EQUIPMENT SINCE THE PANDEMIC HIT. THIS CAN EASILY BE CONSTRUED AS FORCED LABOR/LABOR TRAFFICKING.AS WELL AS NEGLECT AND ABUSE OF CLIENT AND DIRECT CARE STAFF.

P

ODHS ET. ALL HAS NOT DONE ANYTHING TO COMPENSATE WORKERS FOR THE 3 YEARS WHILE THEY H WORKED DURING THE PANDEMIC.

Q

ODHS ET ALL .DOES NOT LEVEL UP PEOPLE WITHIN THE TIME FRAME ALLOTTED WHEN EMERGENCY SITUATIONS ARISE.

R

ODHS ET. ALL HAS RETALIATED AND AHARASSED DIRECT CARE WORKERS FOR AUTOMATIC REPORTING AND MAKING COMPLAINTS AND REQUESTING OREGON ADMINISTRATIVE HEARINGS.

S

ODHS ET. ALL USES AND ENFORCEDS AN UNCONSTITUTIONAL ASSESSMENT TOOL CALLED THE PASSR TO DISCRIMINATE AGAINST PERSONS WHI HAVE BEEN DIAGNOSED WITH DEVELOPMENTAL DISABILITIES FROM ENTERING LONG TERM CARE FACILITIES.

T

OHDS ET.ALL AND OREGON ADMINISTRATIVE JUDGE ALLOWED JANE ELLEN TAMPER WITH EVIDENCE, WITNESSES AND ILLEGALLY SHUT OFF MEDICAID AND MEDICARE TO A LONG TERM CARE FACILITY.

U

ODHS ET. ALL ALLOWEDI ILLGAL COLLECTION OF SSDI SAVINGS ACOUNT MONEY THAT IS PROTECTED BY LAW FOR AN ILLEGAL MEDICAL OVERPAYMENT DEBT CREATED FROM FOODSTAMP CONCULATION SHEET AS MEDICAL OVERPAYMENTS ARE TO BE OFFSET ACCORDING TO ODHS ET.ALL ADMIINISTRATIVE RULES.

V

ODHS ET. ALL ILLEGALLY PUT PATRICK HENDERSON INTO THE FILING GROUP. ODHS ET. ALL RULES STATE THAT INCAPACITATED PEOPLE CANNOT BE ENTERED INTO A FILING GROUP. PATRICK CAN NOT READ, WRITE , TALK OR UNDERSTAND ANYTHING ABOUT THE FILING GROUP. ODHS CLAIMED THEY TOOK HIS SITUATION INTO ACCOUNT AND THAT PUTS HIM INTO THE FILING GROUP. PATRICK HAS A COURT APPOINEED GUARDIAN/PAYEE AND THAT GUARDAIN WAS NOT CONSULTED OR ALLOWED TO BE PART OF THE FILING GROUP.

W

ODHS ET. ALL ILLEGALLY HARASSED TRIED COERSING PATRICK'S MOTHER, HIS SISTER, AND MANY OTHERS TO PAY THIS FRAUDULANT OVERPAYMENT TO A LONG TERM NURSING HOME WHEN THE NURSING HOME HAD AN ACCOUNTANT THAT HANDLED ALL MEDICAID AND MEDICARE MONEY. ODHS SHOULD HAVE ATTEMPTED TO COLLECT THE OVERPAYMENT FROM THE NURSING HOME NOT PATRICK HENDERSON OR HIS PAYEE.

X

ODHS ET.ALL CONSPIRED WITH NURSE ADKINS TO MURDER OUR FATHER SO THEY COULD BE IN COMPLAINCE WITH PASSR RULE.

Y

ODHS ET ALL. EMPLOYYS PROTECTIVE SERVICE OFFICERS THAT DO NOT COMPLETE THEIR JOB IN A TIMELY MANNER AND TAKE DUE CARE WHEN DOING INVESTIGATIONS IF THEY EVEN COMPLETE THE INVESTIGATIONS MADE AT ALL. OFFICERS HAVE HARASSED DISCRIMINATED AGAINST AND  DEFAMED PERSONS MAKING COMPLAINTS AND ADVOCATING FOR A CLIENTS WELL BEING.

Z

ODHS ET. ALL EMPLOYS EMPLOYEES WHO DO NOT HAVE A LICENSE WITH THE STATE OF OREGON TO PRACTICE MEDICINE, LAW DEBT COLLECTION AND ALLOWS THEM TO MAKE MEDICAL DECISIONS THAT OVERRIDE MEDICL PROFESSIONALS REQUESTS, CHANGE RULES AND REGULATIONS THAT CONFLICT WITH STATE AND FEDERAL LAWS AND THEIR OWN ADMINISTRATIVE RULES TO FIT THE SITUATION, AND DO ILLEGAL COLLECTION OF PROPERTYAND MONEY FROM CLEINTS AND GENERAL PUBLIC.

## ADDITIONAL COMPLANTS

AA

ODHS ET ALL DISCRIMINATES AGAINST ALL CLIENTS BY BREAKING THE DISABILITY AND REHABILITATION ACTS AS THEY DO A LEVEL OF CARE ASSESSMENT THAT ASSESSES A PERSONS DISABILITIES AND FUNCTIONINF LEVEL TO DETERMINE WHAT TYPES OF SERVICES THE CLEITN CAN GET AND HOW MUCH THEY WILL PAY FOR HOME CARE WORKERS TO SUPPLY THE CARE...ALSO THIS AFFACTS HOW MUCH TRAINING A OWRKER GETS BEFORE THEY BECOME EMPLOYED WITH A CLIENT.

BB

ODHS ET ALL AND THE UNION FOR HOME HEALTH WORKERS DISCRIMINATE, SEGRAGATE, AND STEER HEALTH WORKERS.TTHEY ARE GUILTY OF CLASSIM BASED ON ENVIRONMENTAL WORKPLACE AND ARE GUILTY OF ABUSE AND NEGLECT OF CLIENTS AND HOME HELATH CARE WORKERS.

RELIEF

A

PPL IS NOT APPLYING DIFFICULTY OF CARE EXEMPTION TO CHRISTINE'S DOC PAYMENTS. PPL IS TAKINGIOUT STATE AND FEDERAL TAXES AND TURNING THE INCOME IN AS "EARNED INCOME RATHER THAN NONCOUNTABLE INCOME. THIS ACTION IS CAUSING PROBLEMS WITH FOODSTAMPS, HOUSING, AND COLLECTION OF DISBILITY BENEFITS FROM THE SOCIAL SECURITY DEPARTMETN AS WELL AS TAX ISSUES WITH THE IRS.

REMEDY: 1) RETURN THE MONEY ILLEGALLLY TAXED FROM WORKERS PAYCHECKS OIN THE AMOUNT OF 3TIMES THE AMOUNT ORIGNIANLLY ILLEGALLY TAXED AND WITH INTEREST 2) MAKE PPL STOP TAXING DOC PAYMENTS WHICH IS NON EARNED INCOME/NONCOUNTABLE AND TURNING IT IN AS TAXABLE INCOME 3) MAKE PPL GO BY THE EXEMPT W-2 AND W-4 FORMS TURNED IN AT THE END OF 2021 4) PAY 120,000.00 FOR EVERY YEAR PPL DID NOT TURN DOC PAYMENTS IN AS NONCOUNTABLE INCOME AND CAUSED HARM TO DIRECT CARE WORKER AND HER HOUSEHOLD OF WHICH THE CLIENT IS PART OF.

B

ODHS AND PPL HAVE DENIED PAYING CHRISTINE OVER 100,000.00 DOLLARS IN WAGES OVER THE PAST 5 YEARS. THIS AMOUNT IS EASILY CONTRUED AS EMBEZZLEMENT OF MEDICAID AND MEDICARE MONEY. AS A RESULT OF NOT PAYING THE HOURS CLAIMED OHA AND PPL ARE DOING FORCED LABOR AND LABOR TRAFFICKING. PATRICK HENDERSON CAN NOT BE LEFT ALONE AT ANY GIVEN TIME HE IS TO HAVE STAFFING 24/7.

REMEDY: PAY CHRISTINE 3 TIMES THE WAGES SHE HAD CLAIMED OVER THE PAST 5 YEARS THAT WAS DENIED WITH INTEREST.

C

ODHS ET ALL CONTINUES TO ILLEGALLY TAX PEOPLE FOR UNIOJN DUES WHEN WORKERS ARE NOT UNION MEMBERS AND HAVE OPTED OUT.

REMEDY: RETURN 3 TIMEES THE UNION DUES COLLECTED ILLEGALLY WHEN PEOPLE WERE NOT UNION MEMBERS.

D

ODHS ET ALL ILLEGALLY RECOUPS FUNDS FROM WORKERS PAY CHECKS AND DOES NOT PROVIDE A VALID REASON WHY THEY ARE TAXING EXTRA MONEY.

PAGE 7

**REMEDY: STOP THE ILLEGAL TAXATION AND DO AND ORDER AN IRS AUDIT OF PPLS OPERATIONS APPLY FINES FOR ILLEGAL ACTS AND PAY EMPLOYEES 3 TIMES THE AMOUNT OF ILLEGAL RECOUPMENTS MADE OUT OF THEIR CHECKS WITHOUT EXPLANATION.**

E

ODHS ET ALL IS ILLEGALLY TAXING WORKERS PAY FOR AN EMPLOYEE FUND THAT DOES NOT EXIST.

**REMEDY: RETURN ALL MONEY TAKEN FOR THE FRAUDULANT FUND IN THE AMOUNT OF 3 TIMES WHAT WAS ILLEGALLY TAKEN. TURN PPL INTO GOVERNMENT FOR EMBEZZLEMENT FRAUD OF MEDICAID AND MEDICARE MONEY.**

F

ODHS ET ALL DOES NOT PROVIDE VACATION TIME/SICK LEAVE HOURS TO ACCUMULATE FOR HOME HEALTH CARE WORKERS OR FAMILY LEAVE ACT FOR HOME HELATH CARE WORKERS

**REMEDY: FINE PPL FOR BREAKING THE LAW. ORDER THAT FROM THAT THEY ADHEARE TO LABOR LAWS AND PAY EACH DIRECT HJOME CARE WORKER 10,00 DOLLARS FOR THIS VILATION.**

G

ODHS ET ALL. BROKE THE BARGINING AGREEMENT WITH THE UNION AND NON UNION HOME HEALTH CARE WORKERS AS THEY TAXED THE PANDEMIC HAZARD PAY WHEN THEY SIAD THEY WOULD NOT.

**REMEDY: FINE ODHS ET. ALL AND REURN ALL ILLEGAL TAXED MONEYS TO THE DIRECT CARE WORKERS IN THE AMOUNT OF 3 TIMES THE AMOUNT TAKEN AND INTEREST ADDED ON FOR THE WAIT TO GET JUDGEMENT ON THEM.**

H

ODHS ET ALL ALLOWED ILLEGAL GARNISHMENT TO TAKE PLACE OUT OF DOC PAYMENTS WHICH ARE NON COUNTABLE AND TAX EXEMPT PAYMENTS. THE WRIT OF GARNISHMENT WAS NOT SERVED BEFORE COLLECTION TO ALLOW DISPUTE OF THE DEBT THAT WAS OVER 12 YEARS OLD.

A SECOND WRIT HAS BEEN SERVED AND IS IN THE PROCESS OF BEING COLLECTED AND IS FOR AN ILLEGAL OVERPAYMENT OF FODSTAMPS AND IS A HARASSMENT, RETALIATION MOVE ON DHS ET. ALL PART FOR FILING THIS CASE AGAINST PPL.

**REMEDYS: FINE PPL FOR ILLEGAL DEBT COLLECTION PRACTICES AS THEY DO NOT HAVE LICENSED DEBT COLLECTORS,CPAS, OR EVEN ACCOUNTANTS HANDING COLLECTIONS. RETURN ALL MONEY TAKEN FROM JUDGEMNT PROOF DOC PAYMENTS TO THE WORKER IN THE FORM OF THREE TIMES THE AMOUNT TAKEN AND WITH INTEREST APPLIED.**

ON THE SEDOND WRIT...A OREGON ADMINISTRATIVE HEARING IS BEING DONE JANUARY 26TH AND IT IS A WHISTLEBLOWING CASE TO SHOW THAT DHS AND OAH JUDGES ILLEGALLY MADE THIS FRAUDULANT DEBT AND PPL IS JOINING DHS IN THE COLLECTION OF THE FRAUDULANT CLAIM. IF THEY COLLECT ON THIS WRIT. THE PERSON WHO ALLOWS IT GET FRIMINAL CHARGES PUT AGAINST THEM AND 3 TIMES THE AMOUNT TAKEN WITH INTERSEST PAID TO THE GRANISHED EMPLOYEE.

**PAGE 8**

I

ODHS ET ALL HAS CAUSED PLAINTIFFS CREDIT PROBLEMS, RENTAL HISTORY PROBLEMS, UNDO STRESS, BY WITHHOLDING OWED WAGES FROM DIRECT CARE WORKERS. THE WITHHOLDING AND DENYING HOURS CLAIMED HAS CAUSED WORKERS TO GET EVICTION NOTICES, UTILITY SHUT OFF NOTICES, LAPSES IN CAR AMND MEDICAL INSURANCES, CAUSED UNDO HARM TO WELL BEING OF HOUSEHOLD THAT NEEDED TO BUY INCIDENTALS SUCH AS FOOD, HOUSEHOLD CLEANING SUPPLIES, TRANSPORTATION TO AND FROM WORK AND NECESSARY COMMUNITY CONTACTS.

REMEDY: PAY CLIENTS 25,000.00 FOR EACH TIME THEY CAN PROVE PAYCHECKS WERE LATE OR WITHHELD.

J

ODHS ET. ALL CONTINUES TO ALLOW CASE MANAGERS TO NOT PERFORM THEIR DUITES AND STILL COLLECT A SALARY WAGE AND WHEN IMPORTANT DEADLINES ARE MISSED IT IS THE WORKERS THAT END UP NOT GETTING PAID AND THE CLIENT BEING ABUSED AND NEGLECTED AS DHS EXPECTS PEOPLE TO WORK FOR FREE WHILE CASEMANAGERS TAKE MONTHS TO PERFORM THEIR DUTIES IF THEY EVEN DO THEM AT ALL.

REMEDY: PAY 10,000.00 FOR EACH CASE MANAGEMENT ERROR THAT CAUSED ABUSE AND NEGLECT TO ALL PARTYS THE ACTION HARMED.

K

ODHS ET. ALL DID NOT RAISE THE PAY BASED ON THE CERTIFICATIONS OF THE WORKERS AND THE LEVEL OF CARE.

REMEDY: PAY THE WORKERS THAT SHOULD HAVE GOTTEN THE PAY RAISE THAT AMOUNT OF MONEY OWED TO THEM DUE TO COMPLETION OF THE CORRECT TRAINING IN THE AMOUNT OF 3 TIMES THE AMOUNT OWED AND WITH INTEREST.

L

ODHS ET ALL HAS COMMITED MEDICAID AND MEDICARE FRAUD BY ACCEPTING MEDICAID AND MEDICARE DOLLARS FOR PROGRAMS THAT THEY DO PROVIDE TO THE CLEINTS OR THEIR DIRECT CARE STAFF.

REMEDY: PAY THE WHISTLE BLOWER A LUMP SUM OF 250 MILLION DOLARS FOR EACH PROGRAM THEY PROVE ODHS ET.ALL COLLECTS MEDICACAID AND MEDICARE MONEY FOR THAN DOES NOT USE THE PROGRAM.

M

ODHS ET. ALL ILLEGAL LOWERED ALL LEVEL OF CARE ON ALL CLIENTS EMBEZZLING MEDICAID AND MEDICARE BILLIONS  MONEY AND WHICH ALSO LOCKS OUT DIRECT CARE WORKERS FROM GETTING APPROPRIATE EMPLOYMENT TRAINING WHICH CAUSES INJURY TO CLIETNS AND WORKERS AS WELL AS CAN CAUSE DEATH OF THE CLIENT.

**REMEDY: EACH DIRECT CARE WORKER THAT WAS AFECTED BY THIS ILLEGAL EMBEZZLEMENT OF MEDICAID AND MEDICARE DOLLARS BE COMPENSTATED FOR WORKING OUT OF THEIR SCOPE OF PRACTICE AND BEING FORCED INTO FORCED LABOR AND LAOR TRAFFICKING 120000.OO FOR EVERY YER THEY WERE FORCED TO ENDURE ABUSE AND MEGLECT OF THEMSELVES AND THEIR CLIENT.**

N

ODHS ET. ALL IS MAKING DIRECT CARE GIVERS WORK OUT OF THEIR SCOPE OF PRACTICE AND WITHOUT PROPER MEDICAL EQUIPMENT.

**REMEDY: FINED ODHS ET.ALL AND PAY EACH DIRECT HOME CARE WORKER 1,000.00 EVERY MONTH THEY HAD HAD TO WORK IN DANGEROUS PANDEMIC CONDITIONS WITHOUT PROPER TRAINING AND EQUIPMENT.**

O

ODHS ET. ALL HAS NOT PROVIDED PROPER PERSONAL PROTECTIVE EQUIPMENT SINCE THE PANDEMIC HIT.THIS CAN EASILY BE CONSTRUED AS FORCED LABOR/ LOABOR TRAFFICKING.AS WELL AS NEGLECT AND ABUSE OF CLEITN AND DIRECT CARE STAFF.

**REMEDY: PUT ABUSE AND NEGLECT CHARGES AGAINST ODHS AND MAKE THEM PAY 25,000.00 TO EACH VICTIM DIRECT CARE WORKERS, THEIR FAMILY MEMBERS WHO COULD CATCH STUFF FROM THEIR EMPLOYMENT, AND THE CLIENT FROM THE WORKER BRINGING IT IN FROM THEIR PERSONAL HOMES TO INFECT THE CLIENT.**

P

ODHS ET. ALL HAS NOT DONE ANYTHING TO COMPENSATE WORKERS FOR THE 3 YEARS THEY HAVE WORKED DURING THE PANDEMIC

**REMEDY: RAISE THE WAGES OF DIRECT HOME CARE WORKERS FROM 15.00 AN HOUR TO 20.00 AN HOUR BEGINNING FROM OCTOBER 2019 TO PRESENT DAY.**

Q

ODHS ET ALL.DOES NOT LEVEL UP PEOPLE WITHIN THE TIME FRAME ALLOTTED WHEN EMERGENCY ARISES.

**REMEDY: FOR EACH UNTIMELY LEVELING UP THAT OCCURRED AND CAN BE PROVEN THE WHISTLEBLOWER GETS 200,000 DOLLARS.**

R

ODHS ET. ALL HAS RETALIATED AND HARASSED DIRECT CARE WORKERS FOR AUTOMATIC REPORTING AND MAKING COMPLAINTS AND REQUESTING OREGON ADMINISTRATIVE HEARINGS.

**REMEDY FOR EACH ACT OF HARASSMENT AND RETALIATION PROVEN AUTOMATIC REPORTER WHISTLE BLOWER GETS PAID 200 MILLION DOLLARS.**

S

ODHS ET. ALL USES AND ENFORCES AN UNCONSTITUTIONAL ASSESSMENT TOOL CALLED THE PASSR TO DISCRIMINATE AGAINST PERSONS WHI HAVE BEEN DIAGNOSED WITH DEVELPMENTAL DISABILITIES FROM ENTERING LONG TERM CARE FACILITIES.**(DISCRIMINATES AND SEGRAGRATES AND STEERS)**

**REMEDY FOR EACH ACT OF DISCRIMINATION, SEGRATION, AND STEERING PROVEN WHISTLE BLOWER GETS 200 MILLION DOLLARS.**

T

OHDS ET.ALL AND OREGON ADMINISTRATIVE JUDGE ALLOWED JANE ELLEN TAMPER WITH EVIDENCE, WITNESSES AND ILLEGALLY SHUT OFF MEDICAID AND MEDICARE TO A LONG TERM CARE FACILITY.OREGON ADMINISTRATIVE JUDGE ALSO ALLOWED TAMPERING WITH EVIDENCE CONFLICTOF INTERST WITH TESTIFYING IN HEARING TAMPERING WITH WITNESSES.

**REMEDY: DISBAR JUDGE FROM EVER PRESIDING IN ANOTHER OREGON ADMINSTRATIVE HEARING. FIND MISS JANE ELLEN WHO HAS CHANGED HER NAME AND CHANGED OFFICES WITH DHS PUT HER IN PRISON FOR CONSPIRACY TO COMMIT MURDER AND HER ILLEGAL ACTS OF SHUTTIN GOFF MEDICAID AND MEDICARE SERVICES TO A DISABLED PERSON PROTECTED BY THE DISABILITIY ACT. CHARGE ODHS ET.ALL WITH DISCRIMINATION, STEERING AND DAMAGES CAUSED BY THEIR EMPLOYEE. PAY 50,000.00 TO EACH SURVING CHILD OF SAMUEL RICHARD HEND4ERSON AND HIS SURVING X WIFE FOR THE MURDER OF THEIR LOVED ONE.**

U

ODHS ET. ALL ALLOWED ILLEGAL COLLECTION OF SSDI SAVINGS ACOUNT MONEY THAT IS PROTECTED BY LAW FOR AN ILLEGAL MEDICAL OVERPAYMENT DEBT CREATED FROM FOODSTAMP CONCULATION SHEET AS MEDICAL OVERPAYMENTS ARE TO BE OFFSET ACCORDING TO ODHS ET.ALL ADMIINISTRATIVE RULES.

**REMEDY: PAY PATRICK AND HIS PAYEE THREE TIMES THE AMOUNT OF THE ILLEGAL FRAUDULANT DEBT HAS CHARGED PATRICK WITH. PAY 25,000.00 FOR PUTTING PATIRICK INTO THE FILING GROUP WITHOUT GUARDAINS KNOWLEDGE OR CONSENT. PAY GUARDAIN 50,000.00 FOR IMPEDING HER COURT APPOINTED DUTIES AS GAURDAIN AND PAYEE.**

V

ODHS ET. ALL ILLEGALLY  PUT PATRICK HENDERSON INTO THE FILING GROUP. ODHS ET. ALL RULES STATE THAT INCAPACITATED PEOPLE CANNOT BE ENTERED INTO A FILING GROUP. PATRICK CAN NOT READ, WRITE , TALK OR UNDERSTAND ANYTHING ABOUT THE FILING GROUP. ODHS CLAIMED THEY TOOK HIS SITUATION INTO ACCOUNT AND THAT PUTS HIM INTO THE FILING GROUP. PATRICK HAS A COURT APPOINTED GUARDIAN/PAYEE AND THAT GUARDAIN WAS NOT CONSULTED OR ALLOWED TO BE PART OF THE FILING GROUP.

REMIDY: PATRICKS AND HIS GUARDAINS PAYEE CIVIL RIGHTS WERE VIOLATED. PATRICK DISABILITY WAS ILLEGALLY USED IN A COERSIVE MANNER TO COLECT A FRAUDULANT DEBT THE NURSINGHOEM WAS RESPONSIBLE FOR. LEGAL ACTION HAS BEEN TAKEN AGAINST PATRICK AND CHRISTINE OVER THIS FRAUDULANT BILL. IN 2021 IT WAS USED IN A COURT CASE HENDERSON VS SWEAT BY MR. SWEATS LAWYER TO DISCREDIT MISS HENDERSON...CAUSING 3 RD PARTY SLANDER AND DEFEMATION OF CHARACTER TO CHRISITNE AND PATRICK AS THEY NEVER SWA THE MEDICAID MONEY AND NEVER PAID ANY MEDICAID OR MEDICARE MONEY FOR ANY OF PATIRICKS SERVICES IT ALL WAS ODHS AND THEY PUT THE BLAME ON CHRISTINE AND PATRICK. THEY COERSED FAMILY MEMBERS MAKING THREATS TO ATTACH PROPERTIES BACK ACCOUNTS EXTRA. ODHS SHOULD PAY CHRISING AND PATRICK 200 MILLION FOR ENDURING THE CONTINUAL HARASSMENT AND RETALITORY ACTS AS WELL AS THE RUINING OF CREDIT.

W

ODHS ET. ALL ILLEGALLY HARASSED TRIED COERSING PATRICK'S MOTHER, HIS SISTER, AND MANY OTHERS TO PAY THIS FRAUDULANT OVERPAYMENT TO A LONG TERM NURSING HOME WHEN THE NURSING HOME HAD AN ACCOUNTANT THAT HANDLED ALL MEDICAID AND MEDICARE MONEY. ODHS SHOULD HAVE ATTEMPTED TO COLLECT THE OVERPAYMENT FROM THE NRSINGHOME NOT PATRICK HENDERSON OR HIS PAYEE.

REMEDY:PAY CHRISTINE PATRICK AND JANE APLET FOR EMOTIONAL PAINS AND SUFFERING FROM THE BULLYING USE OF UNDO FORCE TO COLLECT THE FRAUDULANT OVERPAYMENT BILL. THE HARASSMENT AND TRAGEDY OF LOSING OUR LOVED ONE CAUSED EMOTIONAL BREAKDOWNS THAT REQUIRED COUNSELING AND PYCHOTROPHIC MEDICATIONS. PATRICK CHRISTINE AND JAND SHOULD BE PAID 50,000.00 A PIECE FOR HAVING TO ENDURE SUCH BEHAVIOR FROM GOVERNMENT OIFFICIALS AND WHEN THE THREATS ERE REPORTED AND A NEW CASE MANAGER REQUESTED ODHS WOULD NOT ALLOW A NEW CASE MANAGER TO BE ASSIGNED WHICH WAS A VILATION OF ODHS ET. ALL CIVIL RIGHTS THEY ALLOW TO CLIENTS AND THEIR FAMILY MEMBERS.

X

ODHS ET.ALL CONSPIRED WITH NURSE ADKINS TO MURDER OUR FATHER SO THEY COULD BE IN COMPLAINCE WITH PASSR RULE.

REMEDY: FIND NURSE ADKINSON AND MAKE SURE SHE NEVER EVER PRACTICES NURSING AGAIN!! TRACK DOWN WHO NURSE ADKINSON WROTE HER LETTERS TO IN ODHS DEPARTMENT AND FIRE THEM AND DO NOT ALLOW THEM TO EVER WORK IN A GOVERNMENT AGENCY AGAIN CHARGE THEM WITH CONSPIRACY TO HOMICIDE AND PUT IN PRISON! PAY CHRISTINE THE SUM OF 200 MILLION DOLLARS FOR WHISTLEBLOWING AND TRYING TO AVENGE HER FATHERS MURDER SO ODHS COULD BE IN COMPLIANCE WITH PASSR AND SHE COULD NOT USE THE DEFENSE THAT PATRICK WAS RESIDING IN THE SAME NURSING HOME AS HIS FATHER AND PATRICK HAD TRANSFER TRAUMA AS A DEFENSE.

Y

ODHS ET ALL EMPLOYS PROTECTIVE SERVICE OFFICERS THAT DO NOT COMPLAETE THEIR JOB IN A TIMELY MANNER AND TAKE DO CARE WHEN DOING INVESTIGATIONS IF THEY EVEN COMPLETE THE INVESTIGATIONS MADE AT ALL.WHO AHS HARASSED DEFAMED AND RETALIATED AGAINST PERSONS MAKING COMPLAINTS AND ADVOCATING FOR A CLIENTS WELL BEING.

**REMEDY: PAY 10,000.00 TO EVERY PERSON WHO IS AN AUTOMATIC REPORTER AND REPORTED ABUSE AND NEGLECT TAKEN PLACE AND GOT RETALIATED AGAINST.PAY 10,000.00 DOLLARS TO PERSONS WHO MADE COMPLAINTS AND DID NOT GET A VERDICT WITH IN 90 DAYS IF MAKING THAT COMPLAINT.PAY 25,000.00 FOR EVERY PROTECTIVE SERVICE CLAIM THAT WAS MADE AND NEBVER HAS BEEN GIVEN A VERDICT OR AN INTERVIEW BY A PROTACTIVE SERVICE OFFICER NEVER TOOK PLACE.**

Z

ODHS ET. ALL EMPLOYS EMPLOYEES WHO DO NOT HAVE A LICENSE WITH THE STATE OF OREGON TO PRACTICE MEDICINE, LAW DEBT COLLECTION AND ALLOWS THEM TO MAKE MEDICAL DECISIONS THAT OVERRIDE MEDICL PROFESSIONALS REQUESTS, CHANGE RULES AND REGULATIONS THAT CONFLICT WITH STATE AND FEDERAL LAWS AND THEIR OWN ADMINISTRATIVE RULES TO FIT THE SITUATION, AND DO ILLEGAL COLLECTION OF PROPERTYAND MONEY FROM CLEINTS AND GENERAL PUBLIC.

**REMEDY: MAKE ALL EMPLYEES MAKING MEDICAL DECISIONS ON THE BEHALF OF A CLIENT AND WORKERS BE LICENSED WITH THE STATE OF OREGON WITH A MEDICAL LICENSE TO PRACTICE.do NOT ALLOW PERSONS THAT ARE PRACTICING LAW UNLAWFULLY TO CONTINUE. MAKE SURE THAT THE PEOPLE PRACTIING LAW FOR ODHS HAVE A LAW DEGREE AND IS REGISTERED WITH THE STATE OF OREGON AND CAN NOT WRITE CONFLICTING ADMINISTRATIVE LAWS THAT CONFLICT WITH IRS EXEMPTION, CIVIL RIGHTS, DISABILITY ACT, REHABILTATION ACT FAIR HOUSING ACT, BACICALLY ANDY STATE OR FEDERAL RULE ALREADY IN PLACE. MAKE DEBT COLLECTORS GET LICENSED THROUGH THE STATE. MAKE ODHS HIRE ACCOUNTANTS AND CPSD SOT COLLECT THEIR DEBTS AND MAKE THEM REGISTER WITH THE STATEOF OREGON. PAY PEOPLE WHO HAVE BEEN COERSE, BULLIED, AND ILLEGALLY SURVED WITH UNVALID WRITS OF GARNISHMENTS A SUME OF 50,000.00 FOR EACH OCCURANCE PROVED.**

### ADDITIONAL COMPLANTS

ODHS ET ALL DISCRIMINATES AGAINST ALL CLIENTS BY BREAKING THE DISABILITY AND REHABILITATION ACTS AS THEY DO A LEVEL OF CARE ASSESSMENT THAT ASSESSES A PERSONS DISABILITIES AND FUNCTIONINF LEVEL TO DETERMINE WHAT TYPES OF SERVICES THE CLIENT CAN GET AND HOW MUCH THEY WILL PAY FOR HOME CARE WORKERS TO SUPPLY THE CARE...ALSO THIS AFFACTS HOW MUCH TRAINING A OWRKER GETS BEFORE THEY BECOME EMPLOYED WITH A CLIENT.

REMEDY: PAY WACH PERSON WHO HAS HAD THEIR CIVIL AND PRIVATE DISABILITY INFORMATION EXPLOITED FOR OSHS LEVELING PREOCEDDURE PAID 10,000.00. STOP THE CLASSIM BASED ON SEVERITY OF DISABILITIES FOR CLEINTS AND THEIR WORKERS. DEVISE A ONE SIZE FITS ALL PLAN OF PROVIDING SERVIES TO ALL APPLICANTS WITHOUT COLLECTING MEDICAL INFORMATION THAT IS SUPPOSED TO BE PROTACTED BY HIIPA AND ONLY USED IN MEDICAL FACILITIES NOT GOVERNEMTNAL ORGANIZATIONS LIDK ODHS. ALLOW CHANGES TO MEDICAL HISTORY WHEN AKED DO NOT DENY INACURATE DIAGNOSISSIS OT REMAIN PART OF THE RECORD. DO NOT ALLOW DOCUMENTATION ABOUT FAMILY MEMBERS IN PATIENTS CASE MANAGEMENT FILES UNLESS ORDERED TO DO SO BY A COURT OF LAW VILATIONS PAY THE FAMILY MEMBER 10,000.00 FOR EVERY SLANDIERING DEFAMING REMARK FOUND IN CASE MANAGEMENT FILES.

ODHS ET ALL AND THE UNION FOR HOME HEALTH WORKERS DISCRIMINATE, SEGRAGATE, AND ISTEER HEALTH WORKERS.TTHEY ARE GUILTY OF CLASSIM BASED ON ENVIRONMENTAL WORKPLACE AND ARE GUILTY OF ABUSE AND NEGLECT OF CLIENTS AND HOME HELATH CARE WORKERS.

V

## CERTIFICATION AND CLOSING

UNDER FREDERL RULE OF CIVIL PPROCEDURE 11, BY SIGINGING BELOW, I CERTIFY TO THE BEST OF MY KOWLEDGE, INFORMATION BELIEF THAT THIS COMPALINT (1) IS NOT BEING PRESENTED FOR AN IMPROPER PURPOSE, SUCH AS TO HARASS CUASE UNNECESSARY DELAY, OR NEELESSLY INCREASE THE COST OF LITIGATION (2) IS SUPPORTED BY EXISTING LAW OR BY A NONFIRVOLOUS ARGUMENT FOR EXTENDING, MODIFYING, OR REVERSING EXISTING LAW (3) THE FACTUAL CONENTIONS HAVE EVIDENTIARY SUPPOR OR  IF SPECIFICALLY SO IDENTIFIED WILL LIKELY HAVE EVIDENCIARY SUPPORT AFTER REASONABLE OPPORTUNITY FOR FURTHER INVESTIGATION OR DISCOVERY AND (4) THE COMPLAINT OTHERWISE COMPLIES WITH THE REQUIREMTNS OF RULE 11

DATED

1-15-22

SIGNATURE OF REPRESENTATIVE FOR PLAINTIFFS CHRISTNE HENDERSON